No. 04–657. WOOD *v.* NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 04–661. KORESKO ET AL. *v.* FARLEY ET AL. Commw. Ct. Pa. Certiorari denied.

No. 04–663. RADLOFF *v.* CITY OF OELWEIN, IOWA, ET AL. C. A. 8th Cir. Certiorari denied.

No. 04–687. SHAIN ET AL. *v.* VENEMAN, SECRETARY OF AGRICULTURE, ET AL. C. A. 8th Cir. Certiorari denied.

No. 04–689. CARMAN *v.* FUENTES ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–696. HIGGS *v.* COLORADO. Dist. Ct. Colo., Broomfield County. Certiorari denied.

No. 04–701. SIBLEY *v.* SIBLEY. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 04–708. MAINE SHIPYARD & MARINE RAILWAY, INC. *v.* PNC BANK DELAWARE, INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–713. SINGH *v.* ASHCROFT, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied.

No. 04–729. CLARK *v.* WHIRLPOOL CORP. C. A. 6th Cir. Certiorari denied.

No. 04–737. BRENEMAN ET AL. *v.* UNITED STATES EX REL. FEDERAL AVIATION ADMINISTRATION ET AL. C. A. 1st Cir. Certiorari denied.

No. 04–761. PAXTON RESOURCES, L. L. C. *v.* BRANNAMAN ET UX. Sup. Ct. Wyo. Certiorari denied.

No. 04–769. JENSEN *v.* WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 04–817. DAVIS *v.* UNITED STATES. C. A. Armed Forces. Certiorari denied.